**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Toni Murphy                                                     CHAPTER 13
        Arthur Murphy
                Debtor(s)                                      BKY. NO. 23-12591 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                    Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
02 Nov 2023, 11:00:24, EDT

            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322