SOUTHEASTERN PA TRANSP AUTH   ARTHUR L MURPHY
AA22
23666

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 60.03 | $1,215.48 | $29,916.03 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $322.30 |
| PERSN'LDAY | 0 | 0 | $0.00 | $237.69 |
| ACCIDNTREPORT | 0 | 0 | $0.00 | $10.00 |
| MEAL ALLOW | 0 | 0 | $0.00 | $34.00 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $120.23 | $3,191.75 |
| FICA/MED | $91.44 | $2,310.61 |
| SUI TAX | $0.85 | $21.31 |
| PENNA | $37.32 | $935.95 |
| PHILA | $46.07 | $1,155.41 |
| HEALTH COPAY | $20.14 | $281.96 |
| 457B | $5.00 | $95.00 |
| INIT. FEE | $0.00 | $150.00 |
| UNION DUES | $9.29 | $195.09 |
| CO-PAY PENSION | $50.00 | $1,250.00 |
| UNION COPE | $1.00 | $18.00 |
| LIFE INSUR. | $0.00 | $5.00 |
| PRIMARY CHECK | $834.14 | $20,909.94 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,215.48 | - | $295.91 | - | $85.43 | = | $834.14 | | 130479452 | $834.14 |
| Y TO D | $30,520.02 | - | $7,615.03 | - | $1,995.05 | = | $20,909.94 | 07-01-2023 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PHILA.POLICE/FIRE CREDIT

UNION CHECK

XXXXXXXXXXXXXXXXX          $834.14

TO THE
ORDER
OF

AA 22 14          506                    L                    23666
ARTHUR L MURPHY IV                                    07-02-2023
6636 N 17TH STREET
PHILADELPHIA PA    19126

SOUTHEASTERN PA TRANSP AUTH   ARTHUR L MURPHY
AA22
23666

|  | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $144.67 | $3,336.42 |
| FICA/MED | $99.94 | $2,410.55 |
| SUI TAX | $0.93 | $22.24 |
| PENNA | $40.73 | $976.68 |
| PHILA | $50.28 | $1,205.69 |
| HEALTH COPAY | $20.14 | $302.10 |
| 457B | $5.00 | $100.00 |
| INIT. FEE | $0.00 | $150.00 |
| UNION DUES | $9.29 | $204.38 |
| CO-PAY PENSION | $50.00 | $1,300.00 |
| UNION COPE | $1.00 | $19.00 |
| LIFE INSUR. | $1.00 | $6.00 |
| PRIMARY CHECK | $903.63 | $21,813.57 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 57.83 | $1,165.46 | $31,081.49 |
| HOLIDAYPAY | 0 | 8 | $161.15 | $483.45 |
| PERSN'LDAY | 0 | 0 | $0.00 | $237.69 |
| ACCIDNTREPORT | 0 | 0 | $0.00 | $10.00 |
| MEAL ALLOW | 0 | 0 | $0.00 | $34.00 |

|  | EARNINGS |  | TAXES |  | DEDUCTIONS |  | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,326.61 | - | $336.55 | - | $86.43 | = | $903.63 |  | 130486847 | $903.63 |
| Y TO D | $31,846.63 | - | $7,951.58 | - | $2,081.48 | = | $21,813.57 | 07-08-2023 |  |  |



SEPTA
1234 Market St.
Philadelphia, PA 19107-
3780

PHILA.POLICE/FIRE CREDIT

UNION CHECK

XXXXXXXXXXXXXXXXXX                    $903.63

TO THE
ORDER
OF

AA 22 14        506                L                23666
                                        07-14-2023
ARTHUR L MURPHY IV
6636 N 17TH STREET
PHILADELPHIA PA    19126

SOUTHEASTERN PA TRANSP AUTH   ARTHUR L MURPHY
AA22
23666

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $0.00 | $3,523.74 |
| FICA/MED | $0.00 | $2,525.33 |
| SUI TAX | $0.00 | $23.30 |
| HEALTH COPAY | $0.00 | $322.24 |
| 457B | $0.00 | $105.00 |
| INIT. FEE | $0.00 | $150.00 |
| UNION DUES | $0.00 | $213.67 |
| CO-PAY PENSION | $0.00 | $1,350.00 |
| UNION COPE | $0.00 | $20.00 |
| LIFE INSUR. | $0.00 | $6.00 |
| PENNA | $0.00 | $1,023.36 |
| PHILA | $0.00 | $1,262.71 |
| PRIMARY CHECK | $0.00 | $22,841.73 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 0 | $0.00 | $32,601.94 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $483.45 |
| PERSN'LDAY | 0 | 0 | $0.00 | $237.69 |
| ACCIDNTREPORT | 0 | 0 | $0.00 | $10.00 |
| UNIFORMALLOW | 0 | 0 | $405.00 | $405.00 |
| MEAL ALLOW | 0 | 0 | $0.00 | $34.00 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $405.00 | - | $0.00 | - | $0.00 | = | $405.00 | | 6125821 | $405.00 |
| Y TO D | $33,772.08 | - | $8,358.44 | - | $2,166.91 | = | $23,246.73 | 07-15-2023 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

07-21-2023     ARTHUR L MURPHY IV                    $405.00

FOUR HUNDRED FIVE DOLLARS NO
CENTS
6125821

TO THE
ORDER
OF

AA 22 14       506        •        UL

ARTHUR L MURPHY IV

6636 N 17TH STREET

PHILADELPHIA PA    19126

23666

SOUTHEASTERN PA TRANSP AUTH   ARTHUR L MURPHY
AA22
23666

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $187.32 | $3,523.74 |
| FICA/MED | $114.78 | $2,525.33 |
| SUI TAX | $1.06 | $23.30 |
| PENNA | $46.68 | $1,023.36 |
| PHILA | $57.02 | $1,262.71 |
| HEALTH COPAY | $20.14 | $322.24 |
| 457B | $5.00 | $105.00 |
| INIT. FEE | $0.00 | $150.00 |
| UNION DUES | $9.29 | $213.67 |
| CO-PAY PENSION | $50.00 | $1,350.00 |
| UNION COPE | $1.00 | $20.00 |
| LIFE INSUR. | $0.00 | $6.00 |
| PRIMARY CHECK | $1,028.16 | $22,841.73 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 75.29 | $1,520.45 | $32,601.94 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $483.45 |
| PERSN'LDAY | 0 | 0 | $0.00 | $237.69 |
| ACCIDNTREPORT | 0 | 0 | $0.00 | $10.00 |
| MEAL ALLOW | 0 | 0 | $0.00 | $34.00 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,520.45 | - | $406.86 | - | $85.43 | = | $1,028.16 | | 130494520 | $1,028.16 |
| Y TO D | $33,367.08 | - | $8,358.44 | - | $2,166.91 | = | $22,841.73 | 07-15-2023 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-
3780

PHILA.POLICE/FIRE CREDIT

UNION CHECK

XXXXXXXXXXXXXXXX          $1,028.16

TO THE
ORDER
OF

AA 22 14        506              L
ARTHUR L MURPHY IV
6636 N 17TH STREET
PHILADELPHIA PA    19126

23666
07-21-2023

SOUTHEASTERN PA TRANSP AUTH   ARTHUR L MURPHY
AA22
23666

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $141.37 | $3,665.11 |
| FICA/MED | $98.79 | $2,624.12 |
| SUI TAX | $0.92 | $24.22 |
| PENNA | $40.27 | $1,063.63 |
| PHILA | $49.18 | $1,311.89 |
| HEALTH COPAY | $20.14 | $342.38 |
| 457B | $5.00 | $110.00 |
| INIT. FEE | $0.00 | $150.00 |
| UNION DUES | $9.29 | $222.96 |
| CO-PAY PENSION | $50.00 | $1,400.00 |
| UNION COPE | $1.00 | $21.00 |
| LIFE INSUR. | $0.00 | $6.00 |
| PRIMARY CHECK | $895.62 | $23,737.35 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 53.55 | $1,081.95 | $33,683.89 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $483.45 |
| PERSN'LDAY | 0 | 11.4 | $229.63 | $467.32 |
| ACCIDNTREPORT | 0 | 0 | $0.00 | $10.00 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |
| MEAL ALLOW | 0 | 0 | $0.00 | $34.00 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,311.58 | - | $330.53 | - | $85.43 | = | $895.62 | | 130501997 | $895.62 |
| Y TO D | $35,083.66 | - | $8,688.97 | - | $2,252.34 | = | $24,142.35 | 07-22-2023 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-
3780

PHILA.POLICE/FIRE CREDIT



UNION CHECK

XXXXXXXXXXXXXXXXX          $895.62

TO THE
ORDER
OF

AA 22 14        506                    L            23666
                                              07-28-2023

ARTHUR L MURPHY IV
6636 N 17TH STREET
PHILADELPHIA PA    19126

SOUTHEASTERN PA TRANSP AUTH   ARTHUR L MURPHY
AA22
23666

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 55.35 | $1,117.76 | $34,801.65 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $483.45 |
| PERSN'LDAY | 0 | 11.4 | $229.63 | $696.95 |
| ACCIDNTREPORT | 0 | 0 | $2.50 | $12.50 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |
| MEAL ALLOW | 0 | 0 | $0.00 | $34.00 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $149.80 | $3,814.91 |
| FICA/MED | $101.73 | $2,725.85 |
| SUI TAX | $0.94 | $25.16 |
| PENNA | $41.44 | $1,105.07 |
| PHILA | $50.62 | $1,362.51 |
| HEALTH COPAY | $20.14 | $362.52 |
| 457B | $5.00 | $115.00 |
| INIT. FEE | $0.00 | $150.00 |
| UNION DUES | $9.29 | $232.25 |
| CO-PAY PENSION | $50.00 | $1,450.00 |
| UNION COPE | $1.00 | $22.00 |
| LIFE INSUR. | $0.00 | $6.00 |
| PRIMARY CHECK | $919.93 | $24,657.28 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,349.89 | - | $344.53 | - | $85.43 | = | $919.93 | | 130509488 | $919.93 |
| Y TO D | $36,433.55 | - | $9,033.50 | - | $2,337.77 | = | $25,062.28 | 07-29-2023 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-
3780

PHILA.POLICE/FIRE CREDIT

UNION CHECK

XXXXXXXXXXXXXXXXX                    $919.93

TO THE
ORDER
OF

AA 22 14          506                    L
ARTHUR L MURPHY IV
6636 N 17TH STREET
PHILADELPHIA PA    19126

23666
08-04-2023

SOUTHEASTERN PA TRANSP AUTH   ARTHUR L MURPHY
AA22
23666

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $188.38 | $4,003.29 |
| FICA/MED | $115.14 | $2,840.99 |
| SUI TAX | $1.07 | $26.23 |
| PENNA | $46.83 | $1,151.90 |
| PHILA | $57.20 | $1,419.71 |
| HEALTH COPAY | $20.14 | $382.66 |
| 457B | $5.00 | $120.00 |
| INIT. FEE | $0.00 | $150.00 |
| UNION DUES | $9.29 | $241.54 |
| CO-PAY PENSION | $50.00 | $1,500.00 |
| UNION COPE | $1.00 | $23.00 |
| LIFE INSUR. | $1.00 | $7.00 |
| PRIMARY CHECK | $1,034.47 | $25,691.75 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 75.39 | $1,522.77 | $36,324.42 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $483.45 |
| PERSN'LDAY | 0 | 0 | $0.00 | $696.95 |
| ACCIDNTREPORT | 0 | 0 | $2.50 | $15.00 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |
| MEAL ALLOW | 0 | 0 | $4.25 | $38.25 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,529.52 | - | $408.62 | - | $86.43 | = | $1,034.47 | | 130516991 | $1,034.47 |
| Y TO D | $37,963.07 | - | $9,442.12 | - | $2,424.20 | = | $26,096.75 | 08-05-2023 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-
3780

PHILA.POLICE/FIRE CREDIT

UNION CHECK

XXXXXXXXXXXXXXXX                    $1,034.47

TO THE
ORDER
OF

AA 22 14       506                L            23666
ARTHUR L MURPHY IV                             08-15-2022
6636 N 17TH STREET
PHILADELPHIA PA    19126

SOUTHEASTERN PA TRANSP AUTH   ARTHUR L MURPHY
AA22
23666

|  | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $147.28 | $4,150.57 |
| FICA/MED | $100.85 | $2,941.84 |
| SUI TAX | $0.94 | $27.17 |
| PENNA | $41.09 | $1,192.99 |
| PHILA | $50.19 | $1,469.90 |
| HEALTH COPAY | $20.14 | $402.80 |
| 457B | $5.00 | $125.00 |
| INIT. FEE | $0.00 | $150.00 |
| UNION DUES | $9.29 | $250.83 |
| CO-PAY PENSION | $50.00 | $1,550.00 |
| UNION COPE | $1.00 | $24.00 |
| LIFE INSUR. | $0.00 | $7.00 |
| PRIMARY CHECK | $916.92 | $26,608.67 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 66.36 | $1,338.45 | $37,662.87 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $483.45 |
| PERSN'LDAY | 0 | 0 | $0.00 | $696.95 |
| ACCIDNTREPORT | 0 | 0 | $0.00 | $15.00 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |
| MEAL ALLOW | 0 | 0 | $4.25 | $42.50 |

|  | EARNINGS |  | TAXES |  | DEDUCTIONS |  | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,342.70 | - | $340.35 | - | $85.43 | = | $916.92 |  | 130524543 | $916.92 |
| Y TO D | $39,305.77 | - | $9,782.47 | - | $2,509.63 | = | $27,013.67 | 08-12-2023 |  |  |



SEPTA
1234 Market St.
Philadelphia, PA 19107-
3780

PHILA.POLICE/FIRE CREDIT

UNION CHECK

XXXXXXXXXXXXXXXXX            $916.92

TO THE
ORDER
OF

AA 22 14        506                    L

23666

08-13-2023

ARTHUR L MURPHY IV
6636 N 17TH STREET
PHILADELPHIA PA    19126