**Earnings Statement**



| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / 3HL 24638555 | 01/100 | 4738757 | 1 of 1 |

Console Mattiacci Law LLC
1525 Locust St Fl 9
Philadelphia, PA 19102

Period Starting: 07/29/2023
Period Ending: 08/11/2023
Pay Date: 08/16/2023

Taxable Filing Status: Married
Exemptions/Allowances:

| | | Tax Override: | |
|---|---|---|---|
| Federal: | Std W/H Table | Federal: | 0.00 Addnl |
| State: | 0 | State: | |
| Local: | 0 | Local: | |

Social Security Number: XXX-XX-XXXX

**Toni Murphy**
**6636 N 17th Street**
**Philadelphia, PA 19126**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 38.0000 | 63.00 | 2394.00 | 37753.00 |
| Overtime | | | 0.00 | 228.00 |
| Paid Time Off | 38.0000 | 9.00 | 342.00 | 3667.00 |
| Holiday | | | 0.00 | 1596.00 |
| PAD - Partner Approved Day | | | 0.00 | 76.00 |
| **Gross Pay** | | | **$2,736.00** | **$43,320.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -98.41 | 1519.84 |
| Social Security | -166.63 | 2637.78 |
| Medicare | -38.97 | 616.90 |
| Pennsylvania State Income | -82.51 | 1306.07 |
| Pennsylvania State UI | -1.91 | 30.32 |
| Phila R Local Income | -102.60 | 1639.61 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -20.00 | 320.00 |
| *FSA pre-tax $ | -19.23 | 307.68 |
| *Dental pre-tax | -29.22 | 467.52 |
| ADP RS 401(k) loan 1 | -55.35 | 1280.70 |
| ADP RS 401(k) loan 2 | -72.12 | 1153.92 |
| ADP RS 401(k) loan 3 | 0.00 | 872.80 |
| Trans Check | 0.00 | 20.00 |
| **Net Pay** | **$2,049.05** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Paid Time Off | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 203.00 |
| - Taken Hours | 9.00 | 96.50 |
| - Balance | | 106.50 |
| Total Hours Worked | 63.00 | 999.50 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6254 | XXXXXXXXX | 2049.05 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are  $2,667.55
* Excluded from Federal taxable wages

Console Mattiacci Law LLC
1525 Locust St Fl 9
Philadelphia, PA 19102

**Pay Date:**        08/16/2023

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6254 | XXXXXXXXX | 2049.05 |

Toni Murphy
6636 N 17th Street
Philadelphia, PA 19126

# Earnings Statement



| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / 3HL 24638555 | 01/100 | 4702463 | 1 of 1 |

Console Mattiacci Law LLC
1525 Locust St Fl 9
Philadelphia, PA 19102

Period Starting:   07/15/2023
Period Ending:    07/28/2023
Pay Date:          08/02/2023

Taxable Filing Status: Married
Exemptions/Allowances:                          Tax Override:
   Federal:   Std W/H Table        Federal:     0.00 Addnl
   State:     0                State:
   Local:     0                Local:
Social Security Number:XXX-XX-XXXX

**Toni Murphy**
**6636 N 17th Street**
**Philadelphia, PA 19126**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 38.0000 | 64.00 | 2432.00 | 35359.00 |
| Overtime | | | 0.00 | 228.00 |
| Paid Time Off | 38.0000 | 7.00 | 266.00 | 3325.00 |
| Holiday | | | 0.00 | 1596.00 |
| PAD - Partner Approved Day | | | 0.00 | 76.00 |
| **Gross Pay** | | | **$2,698.00** | **$40,584.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -93.85 | 1421.43 |
| Social Security | -164.27 | 2471.15 |
| Medicare | -38.42 | 577.93 |
| Pennsylvania State Income | -81.34 | 1223.56 |
| Pennsylvania State UI | -1.89 | 28.41 |
| Phila R Local Income | -101.18 | 1537.01 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -20.00 | 300.00 |
| *FSA pre-tax $ | -19.23 | 288.45 |
| *Dental pre-tax | -29.22 | 438.30 |
| ADP RS 401(k) loan 1 | -81.69 | 1225.35 |
| ADP RS 401(k) loan 2 | -72.12 | 1081.80 |
| ADP RS 401(k) loan 3 | 0.00 | 872.80 |
| Trans Check | 0.00 | 20.00 |
| **Net Pay** | **$1,994.79** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Paid Time Off | | |
|  - Carry Over | | 0.00 |
|  - Accrued Hours | 0.00 | 203.00 |
|  - Taken Hours | 7.00 | 87.50 |
|  - Balance | | 115.50 |
| Total Hours Worked | 64.00 | 936.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6254 | XXXXXXXXX | 1994.79 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are  $2,629.55
* Excluded from Federal taxable wages

Console Mattiacci Law LLC
1525 Locust St Fl 9
Philadelphia, PA 19102

**Pay Date:**          08/02/2023

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6254 | XXXXXXXXX | 1994.79 |

Toni Murphy
6636 N 17th Street
Philadelphia, PA 19126

# Earnings Statement



| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / 3HL 24638555 | 01/100 | 4665264 | 1 of 1 |

Console Mattiacci Law LLC
1525 Locust St Fl 9
Philadelphia, PA 19102

Period Starting:     07/01/2023
Period Ending:       07/14/2023
Pay Date:            07/19/2023

Taxable Filing Status: Married
Exemptions/Allowances:                          Tax Override:
   Federal:     Std W/H Table      Federal:    0.00 Addnl
   State:       0                  State:
   Local:       0                  Local:
Social Security Number: XXX-XX-XXXX

**Toni Murphy**
**6636 N 17th Street**
**Philadelphia, PA 19126**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 38.0000 | 61.00 | 2318.00 | 32927.00 |
| Overtime | | | 0.00 | 228.00 |
| Paid Time Off | | | 0.00 | 3059.00 |
| Holiday | 38.0000 | 7.00 | 266.00 | 1596.00 |
| PAD - Partner Approved Day | 38.0000 | 2.00 | 76.00 | 76.00 |
| **Gross Pay** | | | **$2,660.00** | **$37,886.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -89.29 | 1327.58 |
| Social Security | -161.92 | 2306.88 |
| Medicare | -37.87 | 539.51 |
| Pennsylvania State Income | -80.17 | 1142.22 |
| Pennsylvania State UI | -1.86 | 26.52 |
| Phila R Local Income | -100.81 | 1435.83 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -20.00 | 280.00 |
| *FSA pre-tax $ | -19.23 | 269.22 |
| *Dental pre-tax | -29.22 | 409.08 |
| ADP RS 401(k) loan 1 | -81.69 | 1143.66 |
| ADP RS 401(k) loan 2 | -72.12 | 1009.68 |
| ADP RS 401(k) loan 3 | 0.00 | 872.80 |
| Trans Check | 0.00 | 20.00 |
| **Net Pay** | **$1,965.82** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Paid Time Off | | |
|  - Carry Over | | 0.00 |
|  - Accrued Hours | 0.00 | 203.00 |
|  - Taken Hours | 0.00 | 80.50 |
|  - Balance | | 122.50 |
| Total Hours Worked | 63.00 | 872.50 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6254 | XXXXXXXXX | 1965.82 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are  $2,591.55
* Excluded from Federal taxable wages

Console Mattiacci Law LLC
1525 Locust St Fl 9
Philadelphia, PA 19102

**Pay Date:**          07/19/2023

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6254 | XXXXXXXXX | 1965.82 |

Toni Murphy
6636 N 17th Street
Philadelphia, PA 19126

## Earnings Statement



| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / 3HL 24638555 | 01/100 | 4627788 | 1 of 1 |

Console Mattiacci Law LLC
1525 Locust St Fl 9
Philadelphia, PA 19102

Period Starting:     06/17/2023
Period Ending:      06/30/2023
Pay Date:             07/05/2023

Taxable Filing Status: Married
Exemptions/Allowances:
   Federal:     Std W/H Table
   State:       0
   Local:       0
Social Security Number: XXX-XX-XXXX

Tax Override:
   Federal:     0.00 Addnl
   State:
   Local:

**Toni Murphy**
**6636 N 17th Street**
**Philadelphia, PA 19126**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 38.0000 | 65.00 | 2470.00 | 30609.00 |
| Overtime | | | 0.00 | 228.00 |
| Paid Time Off | | | 0.00 | 3059.00 |
| Holiday | 38.0000 | 7.00 | 266.00 | 1330.00 |
| **Gross Pay** | | | **$2,736.00** | **$35,226.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -98.41 | 1238.29 |
| Social Security | -166.63 | 2144.96 |
| Medicare | -38.97 | 501.64 |
| Pennsylvania State Income | -82.51 | 1062.05 |
| Pennsylvania State UI | -1.92 | 24.66 |
| Phila R Local Income | -103.69 | 1335.02 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -20.00 | 260.00 |
| *FSA pre-tax $ | -19.23 | 249.99 |
| *Dental pre-tax | -29.22 | 379.86 |
| ADP RS 401(k) loan 1 | -81.69 | 1061.97 |
| ADP RS 401(k) loan 2 | -72.12 | 937.56 |
| ADP RS 401(k) loan 3 | 0.00 | 872.80 |
| Trans Check | 0.00 | 20.00 |
| **Net Pay** | **$2,021.61** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Paid Time Off | | |
|  - Carry Over | | 0.00 |
|  - Accrued Hours | 0.00 | 203.00 |
|  - Taken Hours | 0.00 | 80.50 |
|  - Balance | | 122.50 |
| Total Hours Worked | 65.00 | 809.50 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6254 | XXXXXXXXX | 2021.61 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are  $2,667.55
* Excluded from Federal taxable wages

Console Mattiacci Law LLC
1525 Locust St Fl 9
Philadelphia, PA 19102

**Pay Date:**          07/05/2023

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6254 | XXXXXXXXX | 2021.61 |

Toni Murphy
6636 N 17th Street
Philadelphia, PA 19126