Parcel Number: ██████████

Premises:   6636 N 17TH ST, PHILADELPHIA, PA 19126
**Recording Requested By/Return To:**

Final Docs Team
1050 Woodward Ave.
Detroit, MI 48226

**This Instrument Prepared By:**
Carla Mitchell
Quicken Loans Inc.
1050 Woodward Ave.
Detroit, MI 48226
Tel. No.: (800) 226-6308 ext. 34780

# Assignment of Mortgage

FOR VALUE RECEIVED, Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for QUICKEN LOANS INC. whose address is 1901 E. Voorhees Street, Suite C, Danville, IL 61834; P.O. Box 2026, Flint, MI 48501-2026 its successors and assigns, does hereby grant, assign, transfer and convey, unto Quicken Loans Inc.

, a corporation
(herein "Assignee"), whose
organized and existing under the laws of   the state of Michigan
address is  1050 Woodward Ave. Detroit, MI 48226

, its successors
and assigns, all its right, title and interest in and to a certain Mortgage dated     April 16, 2019     ,
made and executed by
ARTHUR MURPHY AND TONI MURPHY, HUSBAND AND WIFE

whose address is   6636 N 17TH ST, PHILADELPHIA, PA 19126

to and in favor of Mortgage Electronic Registration Systems, Inc ("MERS") as a nominee for QUICKEN
LOANS INC. its successors and assigns                                              upon the
following described property situated in   PHILADELPHIA                         County, State
of Pennsylvania                          :

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A
PART  HEREOF SUBJECT TO COVENANTS OF RECORD.

Tax Parcel #: ██████████

Mortgage Recorded On:  06/14/2019              Book/Liber#:
Document Number:  53525824                    Page#:
MIN: ██████████        MERS Phone: 1-888-679-6377

MERS Assignment of Mortgage
VMP ®
Wolters Kluwer Financial Services © 2000, 2011

VMP95M (1104).00
Page 1 of 3

such Mortgage having been given to secure payment of
One Hundred Fifty Two Thousand One Hundred Eighty One Dollars and 00/100

($ 152,181.00              ) (Include the Original Principal Amount) which Mortgage is of record
in Book, Volume, or Liber No.                    , at page                    (or as No.
53525824                        ) of the                                Records of
                                                        PHILADELPHIA   County, State of
Pennsylvania                    and all rights accrued or to accrue under such Mortgage.

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to
the terms and conditions of the above-described Mortgage.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on
November 5, 2019    .

_____
Witness Jessie Farraj

_____
Witness Lydia Gutierriez

_____
Attest

**Mortgage Electronic Registration Systems, Inc.**
**("MERS")** as nominee for
QUICKEN LOANS INC. , its successors and assigns

By: _____
                              (Signature)

Name: Elijah Robertson
Title:  Assistant Secretary of MERS

State of Michigan
County of Wayne
On 11/05/2019, before me Shamara A. Phillips, a Notary Public of Michigan, personally appeared Elijah
Robertson, Assistant Secretary of Mortgage Electronic Registration Systems, Inc., as nominee for QUICKEN
LOANS INC. personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s)
whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same
in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument, the person(s), or
the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Name: Shamara A. Phillips
Title: Notary Public

SHAMARA A. PHILLIPS
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires September 15, 2024
Acting in the County of ____Wayne____

MERS Assignment of Mortgage
VMP ®
Wolters Kluwer Financial Services  © 2000, 2011

VMP95M (1104).00
Page 2 of 3

Case 23-12591-pmm    Doc 30-4 eRecorded 11/14/23 dEnntered 11/04/23 54635311    Desc
Assignment of Mortgage Page 3 of 6 of 4    Rec Fee: $224.75
Receipt#: ███████
Records Department    Doc Code: A

**Parcel Number:** ████████

**Premises:** 6636 N 17TH ST, PHILADELPHIA, PA 19126

**Recording Requested By/Return To:**
Final Docs Team
1050 Woodward Ave.
Detroit, MI 48226

**This Instrument Prepared By:**
Christina Altman
Quicken Loans, Inc.
1050 Woodward Ave.
Detroit, MI 48226
Tel. No.: (800) 226-6308 ext. 34780

## Assignment of Mortgage

████████████

        **FOR VALUE RECEIVED,** Quicken Loans Inc. whose address is 1050 Woodward Ave., Detroit,
MI 48226, its successors and assigns, does hereby grant, assign, transfer and convey unto Lakeview Loan
Servicing, LLC, a corporation organized and existing under the laws of the state of Florida (herein
"Assignee), whose address is 4425 Ponce de Leon Blvd, MS 5-251 Coral Gables, FL 33146, its successors
and assigns all its right, title and interest in and to a certain Mortgage dated April 16, 2019
made and executed by

ARTHUR MURPHY AND TONI MURPHY, HUSBAND AND WIFE

whose address is 6636 N 17TH ST, PHILADELPHIA, PA 19126

to and in favor of Quicken Loans Inc. its successors and assigns

the following described property situated in PHILADELPHIA County, State of PENNSYLVANIA :

                    SEE EXHIBIT "A" ATTACHED HERETO AND MADE A
                    PART HEREOF SUBJECT TO COVENANTS OF RECORD.

Tax Parcel #: ████████
Mortgage Recorded On 6/14/2019                    Book/Liber #:
Document #: 53525824                              Page #:

such Mortgage having been given to secure payment of
One Hundred Fifty Two Thousand One Hundred Eighty One Dollars and 00/100
($152,181.00 ) (Include the Original Principal Amount) which Mortgage is of record in Book, Volume,
or Liber No.   , at page      (or as No. 53525824) of the Records of PHILADELPHIA County, State of
PENNSYLVANIA all rights accrued or to accrue under such Mortgage.

       **TO HAVE AND TO HOLD**, the same unto Assignee, its successors and assigns, forever,
subject only to the terms and conditions of the above-described Mortgage.
       **IN WITNESS WHEREOF**, the said undersigned Assignor has executed this Assignment of
Mortgage on March 27, 2020

QUICKEN LOANS INC., its successors
and assigns

Witness

Witness

By: _____
(Signature)
Name: Allison Poloni
Title: Authorized Signer

**Acknowledgement**

State of Michigan }
County of Wayne }

On 3/27/2020 before me, Lindsey Perry Notary Public of Michigan, personally appeared Allison Poloni,
Authorized Signer, personally known to me (or proved to me on the basis of satisfactory evidence) to be
the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument.

WITNESS my hand and official seal.

_____
Name: Lindsey Perry
Title: Notary Public

LINDSEY PERRY
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires November 30, 2023
Acting in the County of ___WAYNE___

Assignment of Mortgage

Between:

Lakeview Loan Servicing, LLC And Quicken Loans Inc.

Mail To:          Final Docs Team
                  Quicken Loans Inc.
                  1050 Woodward Ave.
                  Detroit, MI 48226

Certificate of Residence

I, Allison Poloni, do hereby certify that ASSIGNEE'S precise residence is
1050 Woodward Ave., Detroit, MI 48226.

Witness my hand on March 27, 2020

_____
ASSIGNEE or Agent for ASSIGNEE



# FIDELITY NATIONAL TITLE INSURANCE COMPANY

## COMMITMENT FOR TITLE INSURANCE

### EXHIBIT A
### Property Description

Issuing Office File No.: █████████

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

DESCRIBED according to a Plan and Survey thereof made by John T. Campbell, Surveyor and Regulator of the 9th District on the 19th day of November, A.D. 1924, as follows; to wit:

SITUATE in the 10th Ward of the City of Philadelphia.

BEGINNING at a point on the West side of 17th Street (60 feet wide) at the distance of 285 feet 5 inches Northward from the North side of 66th Avenue North (80 feet wide).

CONTAINING in front or breadth on the said 17th Street 15 feet, 11 inches and extending of that width in length or depth Westwardly between parallel lines at right angles to the said 17th Street 90 feet, 4 inches to the middle line of a certain 16 feet wide driveway which extends Northwardly from the said 66th Avenue North and communicating at its Northern end thereof with a certain 15 feet wide driveway extending from the said 17th Street to Bouvier Street.

BEGIN known as No. 6636 North 17th Street.

BEING the same premises which Jewell Williams, Sheriff by Deed dated September 5, 2017 and recorded September 22, 2017 in Philadelphia County as Document No. 53269157 conveyed unto American Financial Resources, Inc., in fee.

BEING the same premises which American Financial Resources Inc. by Deed dated 12/18/2017 and recorded 2/21/2018 in Philadelphia County as Document No. 53330585 conveyed unto North 17th, Inc. New York Corporation, in fee.

This page is only a part of a 2016 ALTA® Commitment for Title Insurance issued by Fidelity National Title Insurance Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I—Requirements; and Schedule B, Part II—Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.

ALTA Commitment for Title Insurance 8-1-16

Copyright American Land Title Association. All rights reserved.
The use of this Form (or any derivative thereof) is restricted to ALTA licensees and
ALTA members in good standing as of the date of use. All other uses are prohibited.
Reprinted under license from the American Land Title Association.

