# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Arthur Murphy<br>     Toni Murphy<br>                     Debtor(s)<br><br>Lakeview Loan Servicing, LLC<br>                     Movant<br>       vs.<br><br>Arthur Murphy<br>Toni Murphy<br>                     Debtor(s)<br><br>Kenneth E. West<br>                     Trustee | CHAPTER 13<br><br><br>NO. 23-12591 PMM<br><br><br>11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, Michael P. Farrington, Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of Lakeview Loan Servicing, LLC for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on November 14, 2023, by first class mail, and/or electronic means upon those listed below:

<u>Debtor(s)</u>
Arthur Murphy
6636 N 17th Street
Philadelphia, PA 19126

Toni Murphy
6636 N 17th Street
Philadelphia, PA 19126

<u>Attorney for Debtor(s)</u>
Michael A. Cibik2, Esq.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
**VIA ECF**

<u>Trustee</u>
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
**VIA ECF**

Office of the US Trustee
United States Trustee
Office of the U.S. Trustee Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107

Date: November 14, 2023

                                             <u>/s/ Michael P. Farrington</u>
                                             Michael P. Farrington, Esquire
                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             Phone: (215) 627-1322 Fax: (215) 627-7734
                                             Attorneys for Movant/Applicant