IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------x
In re                                            :
                                                 :    Chapter 13
         Toni Murphy                             :
                                                 :    Bankruptcy No. 23-12591 (pmm)
                              Debtor.            :
-------------------------------------------------x
```

## PRAECIPE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 14-1 filed by the City of Philadelphia on November 1, 2023 in the amount of $ 2,055.88.

                                      Respectfully submitted,

                                      THE CITY OF PHILADELPHIA

Dated: November 30, 2023        **By:**    /s/ Pamela Elchert Thurmond
                                      PAMELA ELCHERT THURMOND
                                      Senior Attorney
                                      PA Attorney I.D. 202054
                                      City of Philadelphia Law Department
                                      1401 JFK Blvd., 5th Floor
                                      Philadelphia, PA  19102-1595
                                      215-686-0508 (phone)
                                      215-686-0588 (facsimile)
                                      Email: Pamela.Thurmond@phila.gov