# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Arthur Murphy<br>　　　　Toni Murphy<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>　　　　　　　　　Movant<br>　　vs.<br>Arthur Murphy<br>Toni Murphy<br>　　　　　　　　　Debtor(s)<br>Kenneth E. West<br>　　　　　　　　　Trustee | NO. 23-12591 PMM<br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, this _____ day of _____, 2024 at Philadelphia, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge