# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Arthur Murphy<br>Toni Murphy<br><u>Debtor(s)</u> | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br><u>Movant</u><br>vs. | NO. 23-12591 PMM |
| Arthur Murphy<br>Toni Murphy<br><u>Debtor(s)</u> | <u>11 U.S.C. Section 362</u> |
| Kenneth E. West<br><u>Trustee</u> | |

## ORDER

AND NOW, this <u>22nd</u> day of <u>January</u>, 2024 at Philadelphia, upon ~~consideration~~ it is hereby ~~confirmation~~ of this Stipulation ~~is it~~ ORDERED ~~AND DECREED~~: that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
Honorable Patricia M. Mayer
United States Bankruptcy Judge