**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>    Toni Murphy,<br>    Arthur Murphy,<br><br>            Debtors. | Case No. 23-12591-pmm<br><br>Chapter 13 |

## Certificate of Service

    I certify that on this date I served a true and correct copy of the Debtors' First Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Lakeview Loan Servicing LLC (CM/ECF)

Water Revenue Bureau
c/o City of Philadelphia Law Department
1401 John F. Kennedy Blvd., 5th Floor
Tax & RevenueMSB Unit Bankruptcy Group,
Philadelphia, PA 19102-1595

Pennsylvania Department of Revenue
Bankruptcy Division
PO BOX 280946
Harrisburg, PA 17128

Date: January 23, 2024

                                                                                                                                 /s/ Michael A. Cibik
                                                    Michael A. Cibik (#23110)
                                                    Cibik Law, P.C.
                                                    1500 Walnut Street, Suite 900
                                                    Philadelphia, PA 19102
                                                    215-735-1060
                                                    mail@cibiklaw.com