**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **TONI MURPHY** | | |
| **ARTHUR MURPHY** | : | **Case No. 23-12591 (PMM)** |
| **Debtor(s)** | : | |

**O R D E R**

**AND NOW,** after notice and hearing, and, as discussed in open court at the hearing

held in this matter on March 26, 2024,

It is hereby **ORDERED** that confirmation of Debtor's Chapter 13 Plan is **DENIED**.

**Date: 3/26/2024**

_____
**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**