### United States Bankruptcy Court
### Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Toni Murphy,<br>    Arthur Murphy,<br><br>                Debtors. | Case No. 23-12591-pmm<br><br>Chapter 13 |

**Cibik Law, P.C.'s Motion to Withdraw as Counsel for Debtors**

**AND NOW**, Movant Cibik Law, P.C. moves this Court for entry of an order withdrawing its appearance as counsel to the Debtors. In support of this motion, the Movant states as follows:

1. The Movant is and has been counsel to the Debtors since this case was filed under chapter 13 on August 30, 2023.

2. Grounds to withdraw as counsel exist pursuant to Pa. R. Prof'l. Cond. 1.2(d), 1.16(b)(2), and 3.3, but stating particular facts in support of this motion may be prohibited by Pa. R. Prof'l. Cond. 1.6.

3. For that reason, the Movant requests that the Court issue an order withdrawing Cibik Law P.C.'s appearance as counsel to the Debtors.

**NOW, THEREFORE**, the Movant asks this Court to grant relief in the form of order attached and to grant such other relief in its favor as may be necessary and proper under the law.

Date: April 15, 2024

CIBIK LAW, P.C.
*Counsel for Debtors*

By: *Michael I. Assad*
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com