**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>　　Toni Murphy,<br>　　Arthur Murphy,<br><br>　　　　　Debtors. | Case No. 23-12591-pmm<br><br>Chapter 13 |

**Motion for Expedited Consideration of**
**Cibik Law, P.C.'s Motion to Withdraw as Counsel for Debtors**

Movant Cibik Law, P.C. requests that the Court consider its Motion to Withdraw as Counsel for Debtors in an expedited manner pursuant to L.B.R. 5070-1. The Movant believes that the grounds for relief stated in the motion warrant hearing of this matter within fourteen days and asks the Court to grant relief in the form of order attached.

Date: April 15, 2024

　　　　　　　　　　　　　　　　　　　CIBIK LAW, P.C.
　　　　　　　　　　　　　　　　　　　*Counsel for Debtors*

　　　　　　　　　　　　　　　　　　　By: */s/ Michael I. Assad*
　　　　　　　　　　　　　　　　　　　　　Michael I. Assad (#330937)
　　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　　help@cibiklaw.com