**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Toni and Arthur Murphy, | : | Chapter 13 |
| | : | |
| Debtors. | : | Bky. No. 23-12591 (PMM) |
| | : | |

# Order Setting Expedited Hearing

      **AND NOW**, upon consideration of the Motion to Withdraw as Attorney (doc. #50, the "Motion to Withdraw") and the Motion to Expedite consideration of the Motion to Withdraw (doc. #51, the "Motion to Expedite");

      It is hereby **ORDERED** that:

1.     The Motion to Expedite is **GRANTED**.

2.     A hearing to consider the Motion to Withdraw will be held on **Wednesday, April 17, 2024, at 1:00 p.m. by Zoom Teleconference**:

https://www.zoomgov.com/j/1610758342?pwd=NGRkbDlpV3lucm51MTRNa1hqS3RTZz09

Meeting ID: 161 075 8342
Passcode: 302564

3.     Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4.     The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent, the Debtor, all secured creditors and all priority creditors by e-mail transmission no later than **1:00 p.m. on Tuesday, April 16, 2024.** Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5.     The Movant shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than **4:00 p.m. on Tuesday, April 16, 2024.** The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date:  **4/15/24**

                                                  **PATRICIA M. MAYER**
                                                  **U.S. BANKRUPTCY JUDGE**