# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Toni Murphy,
    Arthur Murphy,

              Debtors.

Case No. 23-12591-pmm

Chapter 13

## Notice of Cibik Law, P.C.'s Motion to Withdraw as Counsel Response Deadline, and Hearing Date

Cibik Law, P.C. has filed a motion in the above case for the reasons stated in the motion.

1. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the motion** or if you want the court to consider your views on the motion, **you or your attorney must file a response to the motion before the hearing.** (See instructions below).

3. **A hearing on the motion** is scheduled to be held on **Wednesday, April 17, 2024, at 1:00 p.m. before U.S. Bankruptcy Judge Patricia M. Mayer** by videoconference. Participants may access the hearing at https://www.zoomgov.com/join using Meeting ID 161 075 8342 and Passcode 302564.

4. **If you do not file a response to the motion or appear at the hearing,** the court may enter an order granting the relief requested in the motion.

5. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney whose name and address is listed below.

6. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

7. **If you are not required to file electronically**, you must file your response at U.S. Bankruptcy Court 900 Market Street, Suite 400, Philadelphia, PA 19107.

8. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the deadline in paragraph two.

9. On the same day that you file or mail your response to the motion, you must mail or deliver a copy of the response to the movant's attorney:

                         Michael I. Assad
                         Cibik Law, P.C.
                         1500 Walnut Street, Suite 900
                         Philadelphia, PA 19102
                         215-735-1060
                         mail@cibiklaw.com

Dated: April 16, 2024