**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 23-12591-pmm |
| Toni Murphy, <br> Arthur Murphy, | Chapter 13 |
| Debtors. | |

## Certificate of Service

     I certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

     I further certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- Cibik Law, P.C.'s Motion to Withdraw as Counsel for Debtors (ECF No. 50)

- Order Setting Expedited Hearing (ECF No. 52)

- Notice of Cibik Law, P.C.'s Motion to Withdraw as Counsel for Debtors, Response Deadline, and Hearing Date (ECF No. 53)

Date: April 16, 2024

*Michael I. Assad*
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

**Exhibit**

Toni Murphy
6636 N 17th St
Philadelphia, PA 19126-2733

Arthur Murphy
6636 N 17th St
Philadelphia, PA 19126-2733