IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Toni Murphy and Arthur Murphy<br>    Debtors, | BANKRUPTCY CASE NUMBER<br>23-12591-pmm |
| Nationstar Mortgage LLC as servicer for<br>Lakeview Loan Servicing, LLC<br>    Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Toni Murphy and Arthur Murphy<br>    Debtors/Respondents,<br><br>Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee<br>    Additional Respondent. | |

## **CERTIFICATION OF DEFAULT**

The undersigned, Attorney for Movant, certifies that Debtors have defaulted upon the terms of this Court's Order dated January 22, 2024. It is further certified that the attached notice, marked as Exhibit "A," was served upon the Debtors and Debtor's Attorney on March 19, 2024. The Debtors have failed to cure the default as set forth in the Notice. The Debtors have failed to make the following payments:

Regular payments of $1,303.09 from January 1, 2024 through April 1, 2024     $5,212.36;
Attorney Fees associated with this default     $100.00
**TOTAL DEFAULT**     $5,312.36

Accordingly, pursuant to the Stipulation and Order, Movant respectfully requests this Court to enter the attached Order granting Movant relief from the automatic stay.

Respectfully submitted,

Dated: April 18, 2024      By: */s/ Christopher A. DeNardo*
                                                     Christopher A. DeNardo 78447
                                                     Heather Riloff - 309906
                                                     Leslie J. Rase, 58365
                                                     LOGS Legal Group LLP
                                                     985 Old Eagle School Road, Suite 514
                                                     Wayne, PA 19087
                                                     (610) 278-6800
                                                     logsecf@logs.com