United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 23-12591-pmm
Toni Murphy     Chapter 13
Arthur Murphy
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 16, 2024 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Toni Murphy, Arthur Murphy, 6636 N 17th Street, Philadelphia, PA 19126-2733 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Toni Murphy help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Arthur Murphy help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 16, 2024 | Form ID: pdf900 | Total Noticed: 1

PAMELA ELCHERT THURMOND
   on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Toni and Arthur Murphy, | : | Chapter 13 |
| | : | |
| Debtors. | : | Bky. No. 23-12591 (PMM) |
| | : | |

## Order Setting Expedited Hearing

**AND NOW**, upon consideration of the Motion to Withdraw as Attorney (doc. #50, the "Motion to Withdraw") and the Motion to Expedite consideration of the Motion to Withdraw (doc. #51, the "Motion to Expedite");

It is hereby **ORDERED** that:

1. The Motion to Expedite is **GRANTED**.

2. A hearing to consider the Motion to Withdraw will be held on **Wednesday, April 17, 2024, at 1:00 p.m. by Zoom Teleconference**:

https://www.zoomgov.com/j/1610758342?pwd=NGRkbDlpV3lucm51MTRNa1hqS3RTZz09

Meeting ID: 161 075 8342
Passcode: 302564

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent, the Debtor, all secured creditors and all priority creditors by e-mail transmission no later than **1:00 p.m. on Tuesday, April 16, 2024.** Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Movant shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than **4:00 p.m. on Tuesday, April 16, 2024.** The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: 4/15/24

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE