**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>    Toni Murphy,<br>    Arthur Murphy,<br><br>            Debtors. | Case No. 23-12591-pmm<br><br>Chapter 13<br><br>Related to ECF No. 56 |

### Debtors' Objection to Certification of Default

**AND NOW**, Debtors Toni Murphy and Arthur Murphy, by and through their attorney, hereby object to the Certification of Default filed by Lakeview Loan Servicing, LLC and request that the Court schedule a hearing before granting relief.

Date: April 22, 2024

CIBIK LAW, P.C.
*Counsel for Debtors*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

### Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtors' Objection to Motion for Certification of Default to be served on all parties on the clerk's service list through the CM/ECF system.

Date: April 22, 2024

/s/ Michael A. Cibik
Michael A. Cibik