## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                           : CHAPTER 13
Toni and Arthur
Murphy                                           : BANKRUPTCY NO. 23-12591 PMM

       PMM Debtor (s)

### P R A E C I P E

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 7/23/2024 at 1:00 PM before the Hon. Patricia M. Mayer

                                        Respectfully submitted,

Date: May 22, 2024                          /s/Jack K. Miller, Esquire for
                                                      Kenneth E. West
                                                      Chapter 13 Standing Trustee
                                                      P.O. Box 40837
                                                      Philadelphia, PA  19105