United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                           Case No. 23-12591-pmm
Toni Murphy                                                                                 Chapter 13
Arthur Murphy
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: May 23, 2024      Form ID: 152      Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Toni Murphy, Arthur Murphy, 6636 N 17th Street, Philadelphia, PA 19126-2733 |
| 14812695 | | Angela Donnell, 6625 Gerry St, Philadelphia, PA 19138-2613 |
| 14812696 | | Capital Bank N.A., 2275 Research Blvd Ste 600, Rockville, MD 20850-6238 |
| 14812704 | + | Edward Bailey, 6625 Gerry St, Philadelphia, PA 19138-2613 |
| 14881719 | + | Lakeview Loan Servicing, LLC, 2121 Waukegan Road, Suite 300, Bannockburn, Pennsylvania 60015-1831 |
| 14814693 | #+ | Lakeview Loan Servicing, LLC, c/o Christopher A. DeNardo, LOGS Legal Group LLP, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14828190 | + | Lakeview Loan Servicing, LLC, c/o Michael Farrington, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14812707 | | Michael I. McDermott, Esq., 121 S Broad St # 18, Philadelphia, PA 19107-4533 |
| 14812713 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14812714 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 24 2024 00:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14812699 | | Email/Text: megan.harper@phila.gov | May 24 2024 00:03:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14825646 | | Email/Text: megan.harper@phila.gov | May 24 2024 00:03:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14812234 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 24 2024 00:11:22 | Capital Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14812697 | | Email/PDF: ebn_ais@aisinfo.com | May 24 2024 00:11:05 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14812698 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2024 00:10:47 | Citibank North America, Citibank SD MC 425 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14812700 | | Email/Text: bankruptcy@philapark.org | May 24 2024 00:03:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14812701 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2024 00:02:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14812702 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2024 00:02:00 | Comenity Bank/Express, Attn: Bankruptcy, PO |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 182125, Columbus, OH 43218-2125 |
| 14812703 | + | Email/PDF: creditonebknotifications@resurgent.com | May 24 2024 00:12:07 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14812705 | + | Email/Text: bnc-bluestem@quantum3group.com | May 24 2024 00:03:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14812706 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 24 2024 00:02:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14827733 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2024 00:10:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14829340 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2024 00:12:08 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14827897 | ^ | MEBN | May 23 2024 23:54:44 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14814076 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 24 2024 00:02:00 | Lakeview Loan Servicing, LLC, P.O. Box 619096, Dallas , TX 75261-9096 |
| 14812708 | | Email/Text: ml-ebn@missionlane.com | May 24 2024 00:01:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14823988 | + | Email/Text: bankruptcydpt@mcmcg.com | May 24 2024 00:03:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14812709 | | Email/Text: nsm_bk_notices@mrcooper.com | May 24 2024 00:02:00 | Nationstar Mortgage LLC, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14812710 | + | Email/PDF: pa_dc_claims@navient.com | May 24 2024 00:12:11 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes-Barr, PA 18773-9640 |
| 14829156 | + | Email/Text: bankruptcygroup@peco-energy.com | May 24 2024 00:02:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14812711 | | Email/Text: fesbank@attorneygeneral.gov | May 24 2024 00:02:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14828463 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2024 00:10:39 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14812042 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 24 2024 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14812713 | ^ | MEBN | May 23 2024 23:55:05 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14832121 | ^ | MEBN | May 23 2024 23:54:51 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia PA 19122-2898 |
| 14812715 | + | Email/Text: bankruptcy@philapark.org | May 24 2024 00:03:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14829071 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2024 00:10:57 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14812716 | + | Email/Text: bankruptcy1@pffcu.org | May 24 2024 00:02:00 | Police and Fire Federal Credit Union, 3333 Street Rd, Bensalem, PA 19020-2022 |
| 14828210 | | Email/Text: BNCnotices@dcmservices.com | May 24 2024 00:02:00 | Roxborough Memorial Hospital, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14812717 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:51:20 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14812718 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 24 2024 00:03:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

Case 23-12591-pmm   Doc 70   Filed 05/25/24   Entered 05/26/24 00:36:09   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 23, 2024 | Form ID: 152 | Total Noticed: 47 |

| Recip ID | | Notice Type: | Notice Date/Time: | Recipient Name and Address |
|---|---|---|---|---|
| 14812719 | ^ | MEBN | May 23 2024 23:54:33 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14812720 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | May 24 2024 00:02:00 | United Auto Credit Co, Attn: Bankruptcy, PO Box 163049, Fort Worth, TX 76161-3049 |
| 14825889 | + | Email/PDF: ebn_ais@aisinfo.com | May 24 2024 00:10:41 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14812721 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 24 2024 00:01:00 | Verizon Bankruptcy Administration, 500 Technology Drive Suite 550, Saint Charles, MO 63304-2225 |
| 14812722 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 24 2024 00:12:04 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd FL, Des Moines, IA 50328-0001 |
| 14822993 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 24 2024 00:51:22 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14826764 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14825509 | *+ | Lakeview Loan Servicing, LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14812712 | * | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Toni Murphy help@cibiklaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: May 23, 2024 | Form ID: 152 | Total Noticed: 47 |

noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
   on behalf of Joint Debtor Arthur Murphy help@cibiklaw.com
   noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL PATRICK FARRINGTON
   on behalf of Creditor Lakeview Loan Servicing  LLC mfarrington@kmllawgroup.com

PAMELA ELCHERT THURMOND
   on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Toni Murphy and Arthur Murphy
    Debtor(s)

Case No: 23−12591−pmm
Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 7/23/24 at 01:00 PM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

69 − 66
Form 152