IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Toni Murphy and Arthur Murphy<br>　　Debtors, | BANKRUPTCY CASE NUMBER<br>23-12591-pmm |
| Nationstar Mortgage LLC as servicer for<br>Lakeview Loan Servicing, LLC<br>　　Movant. | CHAPTER 13 |
| v. | 11 U.S.C. § 362 |
| Toni Murphy and Arthur Murphy<br>　　Debtors/Respondents, | |
| Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee<br>　　Additional Respondent. | |

## CERTIFICATION OF DEFAULT

The undersigned, Attorney for Movant, certifies that Debtors have defaulted upon the terms of this Court's Stipulation and Order dated January 22, 2024. It is further certified that the attached notice, marked as Exhibit "A," was served upon the Debtors and Debtor's Attorney on June 17, 2024. The Debtors have failed to cure the default as set forth in the Notice. The Debtors have failed to make the following payments:

| | |
|---|---:|
| Regular payments of $1,303.09 from May 1, 2024 through July 1, 2024 | $3,909.27; |
| Attorney Fees associated with this default | $300.00 |
| Less Debtor's Suspense | $(800.00) |
| **TOTAL DEFAULT** | **$3,409.27** |

Accordingly, pursuant to the Stipulation and Order, Movant respectfully requests this Court to enter the attached Order granting Movant relief from the automatic stay.

Respectfully submitted,

Dated: July 12, 2024

By: /s/ Christopher A. DeNardo
Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com