# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Toni Murphy,<br>　　Arthur Murphy,<br><br>　　　　　　Debtors. | Case No. 23-12591-pmm<br><br>Chapter 13<br><br>Related to ECF No. 73 |

**Praecipe to Withdraw Document**

To the Clerk of Court:

Please withdraw the Debtors' Objection to Certification of Default, which was filed with the Court on July 15, 2024, as ECF No. 73. Thank you.

Date: August 6, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com