IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Toni Murphy and Arthur Murphy<br>    Debtors, | BANKRUPTCY CASE NUMBER<br>23-12591-pmm |
| Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC<br>    Movant. | CHAPTER 13 |
| v. | 11 U.S.C. § 362 |
| Toni Murphy and Arthur Murphy<br>    Debtors/Respondents, | |
| Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>    Additional Respondent. | |

**O R D E R**

AND NOW, this 7th day of August, 2024, after notice to all required parties and certification of default under the terms of this Court's Order of January 22, 2024 it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with, or to resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's or Marshal's Sale of 6636 N 17th St, Philadelphia, PA 19126; and to take action, by suit or otherwise as permitted by law, in its own name or the names of its assignee, to obtain possession of said premises; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

_____
HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE