**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **TONI MURPHY** | | |
| **ARTHUR MURPHY** | : | Case No. 23-12591 (PMM) |
| Debtor(s) | : | |

# O R D E R

**AND NOW,** after notice and hearing, and, as discussed in open court at the hearing held in this matter on September 10, 2024,

It is hereby **ORDERED** that confirmation of Debtor's Chapter 13 Plan is **DENIED**.

Date: 9/11/2024

                                    **HON. PATRICIA M. MAYER**
                                    **U.S. BANKRUPTCY JUDGE**