United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Toni Murphy  
Arthur Murphy  
    Debtors

Case No. 23-12591-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Oct 09, 2024      Form ID: pdf900      Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Toni Murphy, Arthur Murphy, 6636 N 17th Street, Philadelphia, PA 19126-2733 |
| aty | + | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14812695 | # | Angela Donnell, 6625 Gerry St, Philadelphia, PA 19138-2613 |
| 14812696 | | Capital Bank N.A., 2275 Research Blvd Ste 600, Rockville, MD 20850-6238 |
| 14812704 | + | Edward Bailey, 6625 Gerry St, Philadelphia, PA 19138-2613 |
| 14814693 | #+ | Lakeview Loan Servicing, LLC, c/o Christopher A. DeNardo, LOGS Legal Group LLP, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14828190 | + | Lakeview Loan Servicing, LLC, c/o Michael Farrington, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14812707 | # | Michael I. McDermott, Esq., 121 S Broad St # 18, Philadelphia, PA 19107-4533 |
| 14812714 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Oct 09 2024 23:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | Email/Text: megan.harper@phila.gov | Oct 09 2024 23:52:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14812699 | Email/Text: megan.harper@phila.gov | Oct 09 2024 23:52:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14825646 | Email/Text: megan.harper@phila.gov | Oct 09 2024 23:52:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14812234 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 09 2024 23:57:36 | Capital Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14812697 | Email/PDF: ebn_ais@aisinfo.com | Oct 09 2024 23:58:01 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14812698 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 09 2024 23:58:23 | Citibank North America, Citibank SD MC 425 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14812700 | Email/Text: bankruptcy@philapark.org | Oct 09 2024 23:52:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14812701 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 23-12591-pmm   Doc 91   Filed 10/11/24   Entered 10/12/24 00:33:19   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 09, 2024 | Form ID: pdf900 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 09 2024 23:51:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14812702 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 09 2024 23:51:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14812703 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 09 2024 23:57:57 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14812705 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 09 2024 23:52:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14812706 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 09 2024 23:51:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14827733 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2024 23:58:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14829340 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2024 00:09:30 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14827897 | ^ | MEBN | Oct 09 2024 23:42:44 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14814076 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 09 2024 23:51:00 | Lakeview Loan Servicing, LLC, P.O. Box 619096, Dallas , TX 75261-9096 |
| 14881719 | ^ | MEBN | Oct 09 2024 23:42:52 | Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 14812708 | | Email/Text: ml-ebn@missionlane.com | Oct 09 2024 23:51:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14823988 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 09 2024 23:52:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14812709 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 09 2024 23:51:00 | Nationstar Mortgage LLC, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14812710 | + | Email/PDF: bankruptcy_prod@navient.com | Oct 09 2024 23:57:36 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes-Barr, PA 18773-9640 |
| 14829156 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 09 2024 23:51:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14812711 | | Email/Text: fesbank@attorneygeneral.gov | Oct 09 2024 23:51:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14828463 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2024 23:58:01 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14812042 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 09 2024 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14812713 | ^ | MEBN | Oct 09 2024 23:42:50 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14832121 | ^ | MEBN | Oct 09 2024 23:42:47 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia PA 19122-2898 |
| 14812715 | | Email/Text: bankruptcy@philapark.org | Oct 09 2024 23:52:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14829071 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2024 23:57:40 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14812716 | + | Email/Text: bankruptcy1@pffcu.org | Oct 09 2024 23:51:00 | Police and Fire Federal Credit Union, 3333 Street Rd, Bensalem, PA 19020-2022 |
| 14828210 | | Email/Text: BNCnotices@dcmservices.com | Oct 09 2024 23:51:00 | Roxborough Memorial Hospital, PO Box 1123, |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 09, 2024 | Form ID: pdf900 | Total Noticed: 49 |

| Recip ID | Bypass | Notice Info | Date/Time | Address |
|---|---|---|---|---|
| | | | | Minneapolis, MN 55440-1123 |
| 14812717 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 10 2024 00:09:29 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14812718 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 09 2024 23:52:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14812719 | ^ | MEBN | Oct 09 2024 23:42:34 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14812720 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Oct 09 2024 23:51:00 | United Auto Credit Co, Attn: Bankruptcy, PO Box 163049, Fort Worth, TX 76161-3049 |
| 14825889 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 09 2024 23:58:01 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14812721 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 09 2024 23:51:00 | Verizon Bankruptcy Administration, 500 Technology Drive Suite 550, Saint Charles, MO 63304-2225 |
| 14812722 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 09 2024 23:58:22 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd FL, Des Moines, IA 50328-0001 |
| 14822993 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 09 2024 23:57:44 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Lakeview Loan Servicing, LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14826764 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14825509 | *+ | Lakeview Loan Servicing, LLC, P.O. Box 619096, Dallas , TX 75261-9096 |
| 14909079 | *+ | Lakeview Loan Servicing, LLC, P.O. Box 619096, Dallas , TX 75261-9096 |
| 14909085 | *+ | Lakeview Loan Servicing, LLC, P.O. Box 619096, Dallas , TX 75261-9096 |
| 14812712 | * | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2024 at the address(es) listed**

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Oct 09, 2024 | Form ID: pdf900 | Total Noticed: 49

below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Toni Murphy help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Arthur Murphy help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Toni Murphy,
    Arthur Murphy,

                  Debtors.

Case No. 23-12591-PMM

Chapter 13

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either:**

    a. a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    b. a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: **October 9, 2024**

                                                 Hon. Patricia M. Mayer
                                                 U.S. Bankruptcy Judge